**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **FORBO FLOORING, INC.,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **No. 1:20-MC-1234-RP** |
| **FALCONE GLOBAL SOLUTIONS,** | § | |
| **LLC,** | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Non-Party Lamar University's Motion to Modify the Subpoena for Production of Documents (Dkt. #1).[1] On December 30, 2020, Lamar University informed the court via an untitled filing that they had "reached an agreement with regard to the deadline and scope of the [underling] subpoena, and no longer request[ed] a ruling on [their Motion to Modify]." Dkt. #2. Accordingly, having considered the parties Motion to Modify and subsequent filing, the undersigned **DISMISSES** Non-Party Lamar University's Motion to Modify the Subpoena for Production of Documents **AS MOOT** (Dkt. #1). This Order effectively ends this non-party dispute.

SIGNED February 1, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] This motion was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.